

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

The reporter's record was originally due September 24, 2018. This court has granted the court reporter numerous extensions. Our order granting the last extension stated no further extensions would be granted without a timely request demonstrating extraordinary circumstances, advising the court on efforts expended to prepare the reporter's record, and providing reasonable assurance that the reporter's record will be completed and filed by the requested extended deadline.

The court reporter has filed another request for another 30-day extension. The request demonstrates extraordinary circumstances, advises the court on the efforts expended to prepare the reporter's record, and reasonably assures the court that the reporter's record will be completed and filed by the requested extended deadline. We therefore grant the court reporter's request, and order the court reporter, Leticia M. Escamilla, to file the reporter's record by January 28, 2019.

However, the court reporter is advised that no further extensions will be granted without any new, extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court